■ RAJI NASSAR et al., Appellants, v CHARLES T. BISTANY, Respondent. [665 NYS2d 507] —In an action, *inter alia,* to recover

damages for legal malpractice, the plaintiffs appeal from an order of the Supreme Court, Westchester County (Fredman, J.), entered April 1, 1996, which denied their motion, in effect, for reargument.

Ordered that the appeal is dismissed, with costs, as no appeal lies from an order denying reargument (*see, Galaxy Export v Bedford Textile Prods.*, 89 AD2d 576). Mangano, P. J., Rosenblatt, Pizzuto and Luciano, JJ., concur.